**In re Trust Under Deed of Arlin S. GREEN.**

**Petition of Betsy J. Green.**

Supreme Court of Pennsylvania.

Feb. 7, 2003.

***ORDER***

PER CURIAM.

AND NOW, this 7th day of February, 2003, the Petition for Allowance of Appeal is hereby GRANTED, the Superior Court's order quashing that appeal is VACATED, *see Frazier v. City of Philadelphia*, 557 Pa. 618, 735 A.2d 113 (1999), and the matter is REMANDED to the Superior Court to address Petitioner's claims on the merits.